**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>   Carol J Wood<br>   Michael K Wood<br>        Debtor(s) | Case No. 13-36593 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/16/2013.

2) The plan was confirmed on 01/17/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/12/2017, 10/03/2018, 10/03/2018.

5) The case was completed on 10/17/2018.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $11,805.00.

10) Amount of unsecured claims discharged without payment: $124,056.49.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $66,120.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $66,120.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,075.75 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $7,075.75

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ASSET ACCEPTANCE CORP | Unsecured | 2,818.00 | 2,818.61 | 2,818.61 | 773.75 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 2,422.00 | 2,422.70 | 2,422.70 | 665.07 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 2,015.07 | 2,015.07 | 553.17 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | NA | 392.94 | 392.94 | 107.87 | 0.00 |
| CENTEGRA HOSPITAL WOODSTOCK | Unsecured | 75.00 | 743.37 | 743.37 | 204.07 | 0.00 |
| CITIBANK | Unsecured | 5,387.00 | 5,387.72 | 5,387.72 | 1,479.01 | 0.00 |
| CITIBANK | Unsecured | 5,334.00 | 5,334.08 | 5,334.08 | 1,464.29 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 674.00 | 1,240.54 | 1,240.54 | 340.55 | 0.00 |
| FORD MOTOR CREDIT CO | Unsecured | NA | 19,842.98 | 19,842.98 | 5,447.21 | 0.00 |
| ILLINOIS DEPT OF HEALTHCARE & F | Priority | 2,888.00 | 3,195.27 | 3,195.27 | 3,195.27 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 614.45 | 614.45 | 168.68 | 0.00 |
| LVNV FUNDING | Unsecured | 8,343.00 | 12,826.42 | 12,826.42 | 3,521.05 | 0.00 |
| LVNV FUNDING | Unsecured | 332.00 | 310.49 | 310.49 | 85.23 | 0.00 |
| LVNV FUNDING | Unsecured | 5,672.00 | 2,952.36 | 2,952.36 | 810.47 | 0.00 |
| LVNV FUNDING | Unsecured | 650.00 | 85.16 | 85.16 | 23.38 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,079.00 | 1,930.65 | 1,930.65 | 529.99 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 2,310.04 | 2,310.04 | 634.14 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 746.80 | 746.80 | 205.01 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 87.00 | 87.21 | 87.21 | 23.94 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | 353.95 | 353.95 | 97.16 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | 166.74 | 166.74 | 45.77 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 14,052.00 | 14,052.00 | 14,052.00 | 14,052.00 | 1,751.07 |
| SANTANDER CONSUMER USA | Secured | 20,296.00 | 20,296.00 | 20,296.00 | 20,296.00 | 2,522.04 |
| CAF | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS INC/COMED | Unsecured | 1,214.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT/TMOBILE USA | Unsecured | 408.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| CRED COLL B/ADVENTIST HEALTH F | Unsecured | 403.00 | NA | NA | 0.00 | 0.00 |
| CRED COLL B/ADVENTIST HEALTH F | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE/SURGEC | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SVS GROUP/MED CTR / | Unsecured | 1,260.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO/US CCEL | Unsecured | 1,116.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | 7,715.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MAGE & PRICE | Unsecured | 2,394.00 | NA | NA | 0.00 | 0.00 |
| MBB/DUPAGE EMERGENCY PHYS | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| MBB/DUPAGE EMERGENCY PHYS | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| MBB/DUPAGE EMERGENCY PHYS | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| MBB/DUPAGE EMERGENCY PHYS | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| MBB/DUPAGE EMERGENCY PHYS | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| MBB/DUPAGE EMERGENCY PHYS | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| MBB/ELMHURST ANESTHESIA | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| MBB/ELMHURST EMERG MED SERV | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MED BUSI BUR | Unsecured | 842.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| MERCH CRED GUIDE/ELMHURST MF | Unsecured | 1,298.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING/CREDIT ONE BA | Unsecured | 970.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN/99/RADIATION ONCOLOGY | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS/A TEC A | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |
| NORTWEST COLL/PATHOLOGY CON | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLL/WEST CHICAGO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLL/ELMHURST RAD | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLL/ASSOC PATHOLC | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLL/PHYS ANESTHES | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYS CO/GASTROENTEROLO | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| ARS INC/TCF BANK | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC/CAPITAL C | Unsecured | 16,560.00 | NA | NA | 0.00 | 0.00 |
| CBNA | Unsecured | 4,700.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 8,434.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 2,818.00 | NA | NA | 0.00 | 0.00 |
| SAXON MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SECURITY CREDIT SERVIC/WAMU/PI | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| STANISCCONTR | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| STATE COLL SERVI/VILL OF LOMBAI | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |
| STATE COLL SRV/RADIOLOGY CONS | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| UNKNOWN | Unsecured | 2,260.00 | NA | NA | 0.00 | 0.00 |
| UNKNOWN | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD/SHERMAN H( | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLL | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLL | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLL | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLL/ELK GROVELAB PH | Unsecured | 2,563.00 | NA | NA | 0.00 | 0.00 |
| AT&T UVERSE/IC SYSTEM INC | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| I C SYSTEM INC/COMED | Unsecured | 1,213.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE/GOOD SAM | Unsecured | 2,795.00 | NA | NA | 0.00 | 0.00 |
| ILL COLL SE/RADIOLOGISTS OF DUP | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS COLLECTION SE/GOOD SAM | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ILL COLL SE/RADIOLOGISTS OF DUP. | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| ILL COLL SE/RADIOLOGISTS OF DUP. | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| LINCOLN AUTOMOTIVE FIN | Unsecured | 11,000.00 | NA | NA | 0.00 | 0.00 |
| STATE DISBURSEMENT UNIT | Priority | 2,888.00 | NA | NA | 0.00 | 0.00 |
| SUSAN LOVELACE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | NA | 175.08 | 175.08 | 48.06 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $34,348.00 | $34,348.00 | $4,273.11 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$34,348.00** | **$34,348.00** | **$4,273.11** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $3,195.27 | $3,195.27 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,195.27** | **$3,195.27** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$62,757.36** | **$17,227.87** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,075.75 |
| Disbursements to Creditors | $59,044.25 |
| **TOTAL DISBURSEMENTS :** | **$66,120.00** |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/10/2019                                By: /s/ Glenn Stearns
                                                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**